Alan Harris (SBN 146079)
Abigail Treanor (SBN 228610)
HARRIS & RUBLE
6424 Santa Monica Boulevard
Los Angeles, CA 90038
Tel: 323.962.3777
Fax: 323.962.3004
aharris@harrisandruble.com
atreanor@harrisandruble.com

JS-6

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DRAKE PRICE, individually, and CARRIE WARD, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>THE KROGER CO. dba RALPHS, and DOE ONE through and including DOE TEN,<br><br>　　　　　Defendant. | Case No: CV 09-3590 JFW (RZx)<br><br>ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>**Fed. R. Civ. P. 41**<br><br>Initial Complaint filed 5/20/09 |

### **ORDER**

Having considered the parties' Stipulation to Dismiss Entire Action with Prejudice, IT HEREBY ORDERED THAT**:**

The above-entitled action is dismissed with prejudice in its entirety. Each party shall bear her/his/its own attorneys' fee and costs.

**IT IS SO ORDERED.**

DATED:     September 23, 2009          _____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE